MILLIE HIPP, Appellant, v. HENRY VOLK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and O'Malley, J., dissent.

JOHN CANDOLA and CHARLES J. KELLY, Respondents, v. LAURELTON FUEL SUPPLY CO., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present —' Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDBURN CONSTRUCTION CORPORATION, Respondent, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant.— Order so far as appealed from modified by including items 1, 3 and 6 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNARD LEVAY, Respondent, v. ISIDORE HELITZER & BRO., INC., and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNARD LEVAY, Respondent, v. ISIDORE HELITZER & BRO., INC., and Others, Appellants.— Order so far as appealed from modified by disallowing items 10, 12, 14 and 15, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. The verified bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADART REALTY CORPORATION, Respondent, v. BENJAMIN S. MOSS & CO., INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMY BARKER, Respondent, v. DORO DRUG CO., INC., and HARRY RIEPER, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL DANZIG, Individually and on Behalf of All Other Stockholders of the AMASIA IMPORTING CORPORATION, Respondent, v. AMASIA IMPORTING CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE E. CHISHOLM and Others, Appellants, v. APPEAL REALTY CORPORATION, Respondent, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within five days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SALVATORE DE VITA, Appellant, v. ATLANTIC STATE BANK, Defendant. THE CITY TRUST COMPANY OF NEW YORK, Plaintiff, v. SALVATORE DE VITA, Appellant. I. GAINSBURG, Respondent.— Order reversed, with ten dollars costs and